IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>PATTERSON, NORBERT T<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-76022 MB<br><br>Judge MANUEL BARBOSA |

TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on 10/11/05. The Trustee was appointed on 10/11/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of June 14, 2006 is as follows:

    a. RECEIPTS (See Exhibit C)      $ 21,902.81

    b. DISBURSEMENTS (See Exhibit C)      $ 1,246.06

    c. NET CASH available for distribution      $ 20,656.75

    d. TRUSTEE/PROFESSIONAL COSTS

|   |   |   |   |
|---|---|---|---|
| 1. | Trustee compensation requested (See Exhibit F) | $ | 2,940.28 |
| 2. | Trustee Expenses (See Exhibit F) | $ | 0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F-1 and Exhibit F-4) | $ | 3,784.25 |

  e. Illinois Income Tax for Estate (See Exhibit G)  $  0.00

5. The Bar Date for filing unsecured claims expired on 03/06/06

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.

The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | Allowed unpaid secured claims | $ | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 6,724.53 |
| c. | Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. | Allowed priority claims | $ | 0.00 |
| e. | Allowed unsecured claims | $ | 99,006.34 |
| f. | Surplus return to debtor | $ | 0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 14.07% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $3,784.25. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,784.25.

9. A fee of $1,400.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:   June 14, 2006

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
PATTERSON, NORBERT T

CASE NO. 05-76022 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, STEPHEN G. BALSLEY, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 6,724.53 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)&(9)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| General Unsecured Claims: | $ 13,932.22 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 20,656.75 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $6,724.53 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 2,940.28 | 2,940.28 |
| | RSM McGladrey, Inc., Accountant for Trustee | 885.00 | 885.00 |
| | Stephen G. Balsley, Attorney for Trustee | 2,899.25 | 2,899.25 |
| | TOTAL | $ | 6,724.53 |

d. $13,932.22 for general unsecured creditors who have filed claims allowed in the total amount of $99,006.34, yielding a dividend of 14.07%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $99,006.34 | 14.07% |

| CLAIM NUMBER | CREDITOR | AMOUNT REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 17,690.62 | 2,489.43 |
| 2 | Chase Bank USA, N.A. | 14,028.61 | 1,974.11 |
| 3 | MBNA America BANK, N.A. | 39,250.13 | 5,523.30 |
| 4 | Discover Bank | 2,307.08 | 324.65 |
| 5 | American Express Bank, FSB | 18,254.53 | 2,568.79 |
| 6 | Citibank, N.A. - Citibank/CHOICE | 7,475.37 | 1,051.94 |
| | TOTAL | $ | 13,932.22 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  June 14, 2006

/s/Stephen G. Balsley
STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 2,940.28 | $ 2,940.28 |
| RSM McGladrey, Inc., Accountant for Trustee | $ 0.00 | $ 885.00 | $ 885.00 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 2,899.25 | $ 2,899.25 |
| TOTALS | $ 0.00 | $ 6,724.53 | $ 6,724.53 |

EXHIBIT A
TASKS PERFORMED

NORBERT T. PATTERSON
CHAPTER 7 BANKRUPTCY CASE NO. 05-76022

---

The Debtor in this matter is an optometrist who practices in Harvard, Illinois. Included in the assets of the estate was a building having a scheduled value of $173,000.00 subject to a $152,000.00 mortgage. The Trustee obtained an appraisal of the property and inspected the property. The Trustee contacted an auctioneer and realtor regarding the sale of the building. The Trustee determined that there was no equity in the property after costs of sale and, therefore, did not pursue the sale.

There was rent due to the Debtor from another tenant in the building. The Trustee determined that the rent was uncollectible. The estate also included accounts receivable having a scheduled value of $22,000.00. The Trustee contacted all of the accounts receivable and collected a substantial portion. The remaining accounts receivable are either uncollectible, or costs of collection would exceed likely proceeds.

The Trustee determined that an income tax return is necessary for this bankruptcy estate, retained an accountant, filed the income tax returns and paid the taxes.

The Trustee has reviewed the claims and has found no objections.

SGB:vcg


EXHIBIT B

Page: 1

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Case Number: 05-76022 MB
Case Name: PATTERSON, NORBERT T

Period Ending: 06/14/06

Trustee: (330410) STEPHEN G. BALSLEY
Filed (f) or Converted (c): 10/11/05 (f)
§341(a) Meeting Date: 11/30/05
Claims Bar Date: 03/06/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 75/77 North Ayer Street, Harvard, IL | 173,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account - Harvard State Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Business checking account - Harvard State Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account - Harvard State Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. books and pictures | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc. jewelry | 350.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. sports equipment | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Stock/interest - owner of Optometry business | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Accounts receivable | 22,000.00 | 17,647.27 | | 17,647.27 | FA |
| 12 | Rent owed to Debtor by Rory Paquette | 9,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Monthly social security benefits | 1,224.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1996 Lincoln Town Car | 3,800.00 | 0.00 | DA | 0.00 | FA |
| 15 | Snowmobile | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Sharp copy machine, computer and printer | 100.00 | 0.00 | DA | 0.00 | FA |
| 17 | Office furnishings | 50.00 | 0.00 | DA | 0.00 | FA |
| 18 | Machinery, fixtures, equipment and supplies | 1,135.00 | 0.00 | DA | 0.00 | FA |

Printed: 06/14/2006 11:51 AM    V.8.12

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 2

| Case Number: | 05-76022 MB | Trustee: (330410) | STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | PATTERSON, NORBERT T | Filed (f) or Converted (c): | 10/11/05 (f) |
| | | §341(a) Meeting Date: | 11/30/05 |
| Period Ending: | 06/14/06 | Claims Bar Date: | 03/06/06 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 | Preferential transfer - Harvard State Bank (u) | 0.00 | 4,191.31 | | 4,191.31 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 64.23 | Unknown |
| 20 | Assets    Totals (Excluding unknown values) | $213,159.00 | $21,838.58 | | $21,902.81 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): June 30, 2006      Current Projected Date Of Final Report (TFR): June 14, 2006 (Actual)

Printed: 06/14/2006 11:51 AM    V.8.12



Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-76022 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | PATTERSON, NORBERT T | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*57-65 - Money Market Account |
| Taxpayer ID #: | 13-7488279 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/14/06 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/05 | {19} | The Harvard State Bank | Funds received for preferential transfer | 1241-000 | 4,191.31 | | 4,191.31 |
| 12/20/05 | {11} | Norbert Patterson | Account receivables | 1121-000 | 2,400.00 | | 6,591.31 |
| 12/21/05 | {11} | Norbert Patterson | Accounts receivable | 1121-000 | 11,614.77 | | 18,206.08 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.52 | | 18,209.60 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 10.26 | | 18,219.86 |
| 02/01/06 | {11} | Norbert Patterson | Account receivables | 1121-000 | 700.00 | | 18,919.86 |
| 02/16/06 | {11} | Norbert T. Patterson | Account receivables | 1121-000 | 1,100.00 | | 20,019.86 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 10.30 | | 20,030.16 |
| 03/21/06 | {11} | Dr. Norbert T. Patterson | Account receivable | 1121-000 | 1,000.00 | | 21,030.16 |
| 03/28/06 | {11} | Mandy Stear | Account receivable | 1121-000 | 207.50 | | 21,237.66 |
| 03/28/06 | {11} | Mary E. Hollech | Account receivable | 1121-000 | 75.00 | | 21,312.66 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 12.10 | | 21,324.76 |
| 04/24/06 | {11} | Barbara K. Camren | Account receivable | 1121-000 | 50.00 | | 21,374.76 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 13.51 | | 21,388.27 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.54 | | 21,402.81 |
| 06/02/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2006 FOR CASE #05-76022, 016018067 | 2300-000 | | 26.06 | 21,376.75 |
| 06/06/06 | 1002 | Internal Revenue Service | U.S. Income Tax | 2810-000 | | 764.00 | 20,612.75 |
| 06/06/06 | 1003 | State of Illinois Department of Revenue | State Income Tax | 2820-000 | | 456.00 | 20,156.75 |
| 06/09/06 | {11} | Norbert T. Patterson, O.D. | Account receivable - Rosales | 1121-000 | 500.00 | | 20,656.75 |

Subtotals :  $21,902.81   $1,246.06

{} Asset reference(s)

Printed: 06/14/2006 11:51 AM   V.8.12

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-76022 MB | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- |
| Case Name: | PATTERSON, NORBERT T | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****57-65 - Money Market Account |
| Taxpayer ID #: | 13-7488279 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/14/06 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 21,902.81 | 1,246.06 | $20,656.75 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 21,902.81 | 1,246.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $21,902.81 | $1,246.06 | |

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- |
| | MMA # ***-*****57-65 | 21,902.81 | 1,246.06 | 20,656.75 |
| | | $21,902.81 | $1,246.06 | $20,656.75 |

{} Asset reference(s)

Printed: 06/14/2006 11:51 AM V.8.12