Case Name:   NORBERT T. PATTERSON
Case No:     05 B 76022

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 8/1/06                        WILLIAM T. NEARY
                                  United States Trustee, Region 11

                                BY:   _/s/_ _____
                                        SHEREE G. DANDURAND
                                        Assistant U.S. Trustee