IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>PATTERSON, NORBERT T<br><br>Debtor(s) | CASE NO. 05-76022 MB<br><br>Judge MANUEL BARBOSA |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,940.28 as compensation, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $21,902.81. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $ 1,690.28 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 max.) |
| 3% of balance | $ 0.00 | |
| | | |
| TOTAL COMPENSATION | $ 2,940.28 | |

A description of the nature of the services performed by the Trustee is attached as Exhibit F

BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
6833 Stalter Drive, First Floor
Rockford, IL 61108
(815) 962-6611   FAX (815) 962-0687
FEIN 36-2408289


EXHIBIT F

```
                                                              PAGE:  1
NORBERT PATTERSON                                        06/14/2006
ATTORNEY RICHARD T. JONES                    ACCOUNT NO:  56415-001Z
138 CASS STREET                              STATEMENT NO:        1
P.O. BOX 1693
WOODSTOCK IL 60098


TRUSTEE TIME
                                                    INTERIM STATEMENT



11/30/2005
      SGB   REVIEW BANKRUPTCY PETITION AND CONDUCT
            SECTION 341 MEETING.                          0.70
      SGB   CORRESPONDENCE TO ATTORNEY JONES
            REGARDING PRODUCTION OF DOCUMENTS.            0.30

12/08/2005
      SGB   RECEIVE AND REVIEW NOTICE OF CLAIMS BAR
            DATE.                                         0.10
      SGB   CORRESPONDENCE TO HARVARD STATE BANK
            REGARDING SALE OF AYER STREET BUILDING.       0.30

12/12/2005
      SGB   RECEIVE AND REVIEW PAYMENT OF PREFERENCE
            FROM HARVARD STATE BANK; OPEN BANK
            ACCOUNT AND DEPOSIT FUNDS; ORDER FEIN.        0.80

12/21/2005
      SGB   RECEIVE AND REVIEW AND DEPOSIT CHECK FOR
            ACCOUNTS RECEIVABLE.                          0.30
      SGB   RECEIVE AND REVIEW ACCOUNTS RECEIVABLE
            RECORDS, BANK STATEMENTS AND INCOME TAX
```

```
                                                                PAGE:  2
NORBERT PATTERSON                                            06/14/2006
                                              ACCOUNT NO:  56415-001Z
                                              STATEMENT NO:          1

TRUSTEE TIME


              RETURNS FROM ATTORNEY JONES.                        1.00

01/13/2006
      SGB    RECEIVE AND REVIEW BANK STATEMENT.                   0.10

01/24/2006
      SGB    RECEIVE AND REVIEW DISCHARGE OF DEBTOR.              0.10

02/01/2006
      SGB    RECEIVE AND REVIEW RECORDS OF INCOME AND
             EXPENSES ON OFFICE BUILDING AND CALCULATE
             ESTIMATED PROFIT AND VALUE.                          1.00
      SGB    RECEIVE AND REVIEW ACCOUNT RECEIVABLES
             PAYMENT AND DEPOSIT SAME.                            0.30
      SGB    CORRESPONDENCE TO AUCTIONEER WITH
             INFORMATION REGARDING SALE OF BUILDING.              0.30

02/02/2006
      SGB    RECEIVE AND REVIEW DISCHARGE ORDER.                  0.10

02/09/2006
      SGB    RECEIVE AND REVIEW BANK STATEMENT.                   0.10

02/15/2006
      SGB    CORRESPONDENCE TO JOHN MILLER REGARDING
             SALE OF HARVARD BUILDING.                            0.20

02/16/2006
      SGB    RECEIVE AND REVIEW AND DEPOSIT $1,100.00
             ACCOUNT RECEIVABLE.                                  0.20

02/20/2006
      SGB    PHONE CONFERENCE WITH AUCTIONEER JOHN
```

```
                                                                    PAGE:   3
NORBERT PATTERSON                                                06/14/2006
                                                    ACCOUNT NO:  56415-001Z
                                                    STATEMENT NO:         1

   TRUSTEE TIME


               MILLER REGARDING SALE OF BUILDING AND
               POSSIBLE EQUITY.                                         0.30

   02/21/2006
        SGB    CORRESPONDENCE TO CPA SHAW WITH
               INFORMATION FOR TAX RETURN.                              0.30

   03/09/2006
        SGB    RECEIVE AND REVIEW BANK STATEMENT.                       0.10

   03/10/2006
        SGB    REVIEW CLAIMS.                                           0.80

   03/17/2006
        SGB    RECEIVE AND REVIEW CORRESPONDENCE FROM
               ODLING REGARDING ACCOUNT RECEIVABLES.                    0.20

   03/22/2006
        SGB    CORRESPONDENCE TO DEBTOR REGARDING
               ACCOUNT RECEIVABLE.                                      0.20
        SGB    RECEIVE AND REVIEW AND DEPOSIT $1,000.00
               ACCOUNT RECEIVABLE.                                      0.20

   03/28/2006
        SGB    RECEIVE AND REVIEW AND DEPOSIT ACCOUNT
               RECEIVABLE CHECK FROM MANDY SPEAR.                       0.20

   03/30/2006
        SGB    RECEIVE AND REVIEW ACCOUNT RECEIVABLE
               RECORDS FROM DR. PATTERSON.                              1.00

   04/12/2006
        SGB    RECEIVE AND REVIEW BANK STATEMENT.                       0.10
```

```
                                                                   PAGE:    4
NORBERT PATTERSON                                                  06/14/2006
                                              ACCOUNT NO:    56415-001Z
                                              STATEMENT NO:              1

    TRUSTEE TIME


04/17/2006
    SGB      CORRESPONDENCE TO ACCOUNTANT REGARDING
             2005 TAX RETURN.                                           0.20

04/24/2006
    SGB      PREPARE ANNUAL REPORT TO U.S. TRUSTEE.                     0.70

05/02/2006
    SGB      CORRESPONDENCE TO PATRICK SHAW, CPA,
             REGARDING TAX RETURNS.                                     0.20

05/09/2006
    SGB      PHONE CONFERENCE WITH ACCOUNTANT
             REGARDING TAX RETURNS.                                     0.20

05/10/2006
    SGB      RECEIVE AND REVIEW BANK STATEMENT.                         0.10

06/05/2006
    SGB      WORK ON FINAL REPORT.                                      1.00
    SGB      REVIEW CLAIMS.                                             0.50
    SGB      PAY INCOME TAXES FOR ESTATE.                               0.20
                                                                       -----
             FOR CURRENT SERVICES RENDERED                             12.40


        WE ACCEPT AMERICAN EXPRESS, DISCOVER, MASTERCARD & VISA

          PLEASE INCLUDE YOUR ACCOUNT NUMBER WITH YOUR PAYMENT
```