IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>PATTERSON, NORBERT T<br><br>Debtor(s) | CASE NO. 05-76022 MB<br><br>Judge MANUEL BARBOSA |

**APPLICATION OF TRUSTEE'S ACCOUNTANT (OTHER PROFESSIONAL)
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

RSM McGladrey, Inc. and Patrick T. Shaw, CPA and Accountant to the Trustee pursuant to 11 U.S.C. §330 and Federal Bankruptcy Rule 2016, submits its application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on 10/11/05. This Court on March 20, 2006 authorized the employment of the Applicant to serve as accountant for the Trustee. Accountant has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $885.00 in compensation for services performed related to the filing requirement of Form 1040 for the Bankruptcy Estate of Norbert T. Patterson, and reimbursement of actual expenses in the amount of $0.00.

3. Attached as Exhibit F-4 is a Statement of the accounting services rendered.

4. Applicant is not requesting the reimbursement of any expenses incurred.

5. Based on the nature and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of the expenses sought are fair and reasonable.

6. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the Estate with respect to matters in which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation in the amount of $885.00 and reimbursement of actual and necessary expenses of $0.00 for accounting services rendered in this case.

RESPECTFULLY SUBMITTED,

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

# RSM McGladrey
FEIN #41-1944416

RSM McGladrey, Inc.
AMCORE FINANCIAL PLAZA, SIXTH FLOOR
501 Seventh Street, P.O. Box 4539
Rockford, IL 61110-4539
Phone : (815) 967-5200
Fax : (815) 967-5209
REMIT TO:
RSM McGladrey, Inc.
20 N. Martingale Road, Ste 500
Schaumburg, IL 60173-2420

0000 0003570665 0002242093 06142006 0000088500 7

MR. STEVE BALSLEY
BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
6833 STALTER DRIVE
ROCKFORD IL 61108

June 14, 2006

Account No. 357-066-5     PTS

Invoice No. R-2242093-058

Amount Paid $ _____

**Please return top portion with payment**

357-066-5  Barrick, Switzer, Long, Balsley & Van Evera     06/14/2006     Invoice # R-2242093-058

| Description | Amount |
|---|---|
| Professional services rendered for bankruptcy tax services for Norbert Patterson Bankruptcy estate. | $885.00 |
| **Total Due** | **$885.00** |

Invoices are due upon receipt.

RSM McGladrey, Inc.



EXHIBIT F-4

Detail of Billing
Bankruptcy Estate of Norbert Patterson

| | | | | |
|---|---|---|---|---|
| Pam Smith | 4.4 hrs | $140 | = | 616 |

Preparation of Estate income tax returns

| | | | | |
|---|---|---|---|---|
| Pat Shaw | 1 hr | $210 | = | 210 |

Review, sign and mail tax returns.

Processing and mailing                                      59

                                                          885