IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
PATTERSON, NORBERT T

CASE NO. 05-76022 MB

Judge MANUEL BARBOSA

Debtor(s)

### APPLICATION OF TRUSTEE'S COUNSEL OF OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO: HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

STEPHEN G. BALSLEY, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on 10/11/05. This Court on December 28, 2005 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $2,899.25 in compensation for 13.25 hours of services performed for the period November 30, 2005 through June 5, 2006, and reimbursement of actual expenses in the amount of $0.00.

3. A description of the nature of the services rendered by the Applicant is as follows:

See Exhibit F-1, attached hereto.

4. Attached as Exhibit F-1 is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

5. The time expended and services rendered by the Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| Stephen G. Balsley (11/30/05-12/21/05) | 3.40 | 205.00 | 697.00 |
| Stephen G. Balsley (01/12/06-06/05/06) | 8.40 | 225.00 | 1,890.00 |
| James E. Stevens (12/28/05) | .70 | 205.00 | 143.50 |
| Jason H. Rock (01/04/06) | .75 | 225.00 | 168.75 |

6. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $2,899.25 and reimbursement of actual and necessary expenses of $0.00 for legal services rendered in this case.

Dated: June 14, 2006

RESPECTFULLY SUBMITTED,

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

Law Offices
BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA
6833 Stalter Drive, First Floor
Rockford, IL 61108
(815) 962-6611   FAX (815) 962-0687
FEIN 36-2408289



EXHIBIT F-1

PAGE: 1
06/06/2006

NORBERT PATTERSON
ATTORNEY RICHARD T. JONES
138 CASS STREET
P.O. BOX 1693
WOODSTOCK IL 60098

ACCOUNT NO: 56415-000Z
STATEMENT NO:      1

ATTORNEY TIME

INTERIM STATEMENT

Rate

11/30/2005
    SGB   CORRESPONDENCE TO HARVARD STATE
          BANK REGARDING RECOVERY OF
          PREFERENCE.                                    205.00    0.30
    SGB   PREPARE AND FILE MOTION TO EMPLOY
          ATTORNEYS, AFFIDAVIT OF
          DISINTEREST AND PROPOSED ORDER;
          SEND NOTICE.                                   205.00    0.80
    SGB   CORRESPONDENCE TO HARVARD STATE
          BANK REGARDING RECOVERY OF
          PREFERENCE.                                    205.00    0.30

12/08/2005
    SGB   PREPARE AND FILE MOTION FOR RULE
          2004 EXAMINATION, SEND NOTICE AND
          PREPARE PROPOSED ORDER.                        205.00    1.00

12/21/2005
    SGB   RECEIVE AND REVIEW TRUST AGREEMENT
          FROM DR. PATTERSON.                            205.00    1.00

```
                                                                        PAGE:  2
NORBERT PATTERSON                                                       06/06/2006
                                                            ACCOUNT NO: 56415-000Z
                                                            STATEMENT NO:        1

    ATTORNEY TIME


                                                              Rate
 01/12/2006
       SGB    PHONE CONFERENCE WITH ATTORNEY
              JONES REGARDING RULE 2004
              EXAMINATION.                                   225.00    0.20
       SGB    PREPARE EXTENSION OF TIME TO
              OBJECT TO DISCHARGE, STIPULATION
              AND ORDER; CORRESPONDENCE TO
              ATTORNEY JONES REGARDING SAME AND
              SETTING RULE 2004 EXAMINATION.                 225.00    1.00

 01/24/2006
       SGB    PREPARE AND FILE MOTION TO EXTEND
              LAST DATE TO OBJECT TO DISCHARGE.
              SEND NOTICE; PREPARE PROPOSED
              ORDER.                                         225.00    1.00

 02/01/2006
       SGB    REVIEW DOCUMENTS AND CONDUCT RULE
              2004 EXAMINATION REGARDING
              POSSIBLE PREFERENCE AND BUILDING
              SALE.                                          225.00    1.20

 02/15/2006
       SGB    COURT APPEARANCE ON MOTION TO
              EXTEND TIME; PREPARE MINUTE ORDER
              WITHDRAWING MOTION.                            225.00    1.00

 02/21/2006
       SGB    PREPARE AND FILE MOTION TO EMPLOY
              ACCOUNTANT, STATEMENT OF
              DISINTEREST AND PROPOSED ORDER;
              SEND NOTICE.                                   225.00    0.80
       SGB    CORRESPONDENCE TO ATTORNEY JONES
```

```
                                                                          PAGE:   3
NORBERT PATTERSON                                                       06/06/2006
                                                      ACCOUNT NO:    56415-000Z
                                                      STATEMENT NO:           1

     ATTORNEY TIME


                                                        Rate
              REGARDING SALE OF REAL ESTATE AND
              ACCOUNT RECEIVABLES.                      225.00        0.20

03/20/2006
     SGB      COURT APPEARANCE ON MOTION TO
              EMPLOY ACCOUNTANT.                        225.00        1.00

05/15/2006
     SGB      PREPARE MOTION FOR AUTHORIZATION
              TO PAY INCOME TAXES; SEND NOTICE
              AND PREPARE PROPOSED ORDER.               225.00        1.00

06/05/2006
     SGB      COURT APPEARANCE ON MOTION FOR
              AUTHORIZATION TO PAY TAXES; SUBMIT
              ORDER.                                    225.00        1.00
                                                                     _____
              Stephen G. Balsley (SGB)                               11.80

12/28/2005
     JES      COURT HEARING ON MOTION TO EMPLOY
              ATTORNEY.                                 205.00        0.70
                                                                     _____
              James E. Stevens (JES)                                  0.70

01/04/2006
     JHR      COURT APPEARANCE FOR MOTION TO
              COMPEL 2004 EXAM; ORDER ENTERED.          225.00        0.75
                                                                     _____
              Jason H. Rock (JHR)                                     0.75

                                                                     _____   _____
              FOR CURRENT SERVICES RENDERED                          13.25    2,899.25

              TOTAL CURRENT WORK                                              2,899.25
```

```
                                                                    PAGE:     4
NORBERT PATTERSON                                                   06/06/2006
                                                  ACCOUNT NO:      56415-000Z
                                                  STATEMENT NO:             1

ATTORNEY TIME



            BALANCE DUE                                            $2,899.25
```

```
            WE ACCEPT AMERICAN EXPRESS, DISCOVER, MASTERCARD & VISA

            PLEASE INCLUDE YOUR ACCOUNT NUMBER WITH YOUR PAYMENT
```