IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
PATTERSON, NORBERT T

CASE NO. 05-76022 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number:

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL 61101

   on:   August 23, 2006
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 2,940.28 | |
| RSM McGladrey, Inc. Trustee's Accountant | $ 0.00 | $ 885.00 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 2,899.25 | |

4. The Trustee's Final Report shows total:

   a. Receipts                          $   21,902.81

   b. Disbursements                     $    1,246.06

   c. Net Cash Available for Distribution $   20,656.75

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $13,932.22, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $99,006.34, resulting in an approximate distribution of 14.07% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE: June 14, 2006

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

05-76022   Doc 36   Filed 08/03/06   Entered 08/05/06 23:28:08   Desc Imaged
                    Certificate of Service       Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: lorsmith               Page 1 of 1       Date Rcvd: Aug 03, 2006
Case: 05-76022                 Form ID: pdf002              Total Served: 20

The following entities were served by first class mail on Aug 05, 2006.
db          +Norbert T Patterson,   19902 McGuire Road,   Harvard, IL 60033-8360
aty         +Richard T Jones,   138 Cass Street,   Woodstock, IL 60098-3254
tr          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
10081467     AT&T Universal Card,   Post Office Box 8029,   S. Hackensack, NJ 07606-8029
10081466     American Express,   Customer Service,   Post Office Box 7863,   Ft. Lauderdale, FL 33329-7863
10498359    +American Express Bank FSB,   POB 3001,   Malvern PA 19355-0701
10593135     American Express Bank, FSB,   c/o Becket and Lee, LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
10081468     Bank of America,   Recovery Department,   Post Office Box 2278,   Norfolk, VA 23501-2278
10081469     Capital One,   1957 Westmoreland Road,   Post Office Box 26094,   Richmond, VA 23260-6094
10549288    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10081471     Chase Card Service,   Post Office Box 15129,   Wilmington, DE 19850-5129
10081473    +Citi AAdvantage Business Card,   Post Office Box 6309,   The Lakes, NV 88901-6309
10606681    +Citibank/Choice,   Exception Payment Processing,   POB 6305,   The Lakes NV 88901-6305
10081475    +GMAC Mortgage Corporation,   3451 Hammond Avenue,   Waterloo, Iowa 50702-5300
10081476    +Harvard State Bank,   35 North Ayer Street,   Harvard, Illinois 60033-2822
10081477    +Lucille L. Patterson,   19902 McGuire Road,   Harvard, Illinois 60033-8360
10081478   +++MBNA America Bank,   POB 15168 MS 1423,   Wilmington DE 19850-5168
10081479     United Mileage Plus,   c/o Chase Card Service,   Post Office Box 15129,
              Wilmington, DE 19850-5129
The following entities were served by electronic transmission on Aug 03, 2006 and receipt of the transmission
was confirmed on:
10573078    +E-mail: mrdiscen@discoverfinancial.com Aug 03 2006 22:01:17
              Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026-8003
10081474    +E-mail: mrdiscen@discoverfinancial.com Aug 03 2006 22:01:17     Discover Financial Services,
              Post Office Box 8003,   Hilliard, Ohio 43026-8003
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc          Patrick Shaw
aty*        +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
10081470*    Capital One,   1957 Westmoreland Road,   Post Office Box 26094,   Richmond, VA 23260-6094
10081472*    Chase Card Service,   Post Office Box 15129,   Wilmington, DE 19850-5129
                                                                                   TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2006**                    **Signature:** _Joseph Speetjens_