**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 01, 2006 through September 29, 2006
Primary Account: **000312027445766**

---

**CUSTOMER SERVICE INFORMATION**

Service Center:    1-800-634-5273



00023402 DBI 802 24 27606 - NNN  1  000000000  67 0000
05-76022 PATTERSON NORBERT T
DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

|  | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bankruptcy Business Checking 000312027445766 | $5,538.30 | $0.00 |
| Total | $5,538.30 | $0.00 |
| **Savings** | | |
| Bankruptcy Business Money Market 000312027445765 | 0.00 | 0.00 |
| Total | $0.00 | $0.00 |
| **TOTAL ASSETS** | $5,538.30 | $0.00 |

**All Summary Balances** shown are as of September 29, 2006 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



EXHIBIT
B

Page 1 of 5

**JPMorganChase**

September 01, 2006 through September 29, 2006
Primary Account: **000312027445766**

# BANKRUPTCY BUSINESS CHECKING

05-76022 PATTERSON NORBERT T
DEBTOR

Account Number: 000312027445766

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $5,538.30 |
| Checks Paid | 1 | - 5,538.30 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 106 | 09/01 | $5,538.30 |
| Total Checks Paid | | $5,538.30 |

*10/14/04* (handwritten annotation with signature)

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/01 | $0.00 |

**JPMorganChase**

September 01, 2006 through September 29, 2006
Primary Account: **000312027445766**



## BANKRUPTCY BUSINESS MONEY MARKET

05-76022 PATTERSON NORBERT T
DEBTOR

Account Number: 000312027445765

### SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $0.00 |
| Ending Balance | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $98.55 |

This account earns interest daily and the current interest rate is 0.80%.

This account earns interest daily and the current interest rate is 0.80%.

10/14/06

Page 4 of 5